No. 1279. RUSK v. UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1280. McCANN v. MULCAHY, U. S. MARSHAL, ET AL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

No. 1288. MICHALOWSKI v. RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1289. MICHALOWSKI v. RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1290. MANCIONE v. RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1296. DUNCAN v. RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1297. CLOUSE v. RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Clark County, Illinois, denied.

No. 1299. LONGTIN v. NIERSTHEIMER, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Kankakee County, Illinois, denied.